```
 1  WEINSTEIN & RILEY, P.S.
    Jerome A. Yelsky -- SBN 75240
 2  Of Counsel
    12100 Wilshire Blvd, Suite 1100
 3  Los Angeles CA 90025

 4  Telephone: 310-820-6529
    Facsimile: 310-826-2321
 5
 6  Attorneys for Plaintiff
 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| Estela Renfro and Fred R. Renfro, | Bankruptcy No. 11-41119 RE |
| Debtor. | Adversary Case No. 11-04114 RE |
| | STIPULATION AND ORDER OF DISMISSAL OF ADVERSARY PROCEEDING |
| Discover Bank, Issuer of the Discover Card | TRIAL DATE: 10/14/2011 |
| Plaintiff, vs. | TIME: 9:00 AM |
| Estela Renfro, | CTRM: 201 |
| Defendant. | |

It is hereby stipulated by and between the parties that:

1. Plaintiff Discover Bank, Issuer of the Discover Card's adversary proceeding against Debtor(s)/Defendant(s) is dismissed with prejudice;

2. Plaintiff and Defendant(s) each shall bear their own costs and attorneys' fees incurred in this matter; and

1

3. No consideration has been paid or promised by or on behalf of Debtor/ Defendant Estela Renfro in exchange for the dismissal of this adversary proceeding for account number XXXXXX2585.

Dated: 10/12/11

Weinstein & Riley, P.S.

_____
Jerome A. Yelsky, Of Counsel
Attorneys for Plaintiff

Dated: 10/11/11

_____
Diana J. Cavanaugh.
Attorney for Debtor

2